ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SCOTT J. BORROWMAN, CSBN 241021
Special Assistant United States Attorney
      Social Security Administration
      333 Market St., Suite 1500
      San Francisco, CA  94105
      Telephone: 415-977-8942
      Facsimile: 415-744-0134
      E-Mail: scott.borrowman@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| TIMOTHY CHARLES FORSBERG, | Case No. EDCV-11-1382-AGR |
|    Plaintiff, | |
|    v. | **JUDGMENT OF REMAND** |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
|    Defendant. | |

     The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrently with the lodging of the within Judgment of Remand,

     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATE: January 3, 2012         *Alicia G. Rosenberg*
_____
THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE